

# NUMBER 13-23-00531-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

**JENNIFER LOPEZ,**                                            **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                     **Appellee.**

## On appeal from the 36th District Court
## of Aransas County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Benavides and Tijerina**
**Memorandum Opinion by Justice Tijerina**

Appellant filed a notice of appeal attempting to appeal a judgment in trial court case number A-23-5138-CR. We dismiss the appeal for want of jurisdiction.

Upon review of the documents filed, the trial court has certified that this "is a plea-bargain case, and the defendant has NO right of appeal." *See* TEX. R. APP. P. 25.2(a)(2). On December 4, 2023, the Court ordered appellant's counsel to review the record and

determine whether appellant had a right to appeal. On December 18, 2023, appellant's counsel responded concluding that appellant waived her right to appeal and otherwise does not have a right to appeal.

The Texas Rules of Appellate Procedure provide that an appeal must be dismissed if the trial court's certification does not show that the defendant has the right of appeal. TEX. R. APP. P. 25.2(d); *see* TEX. R. APP. P. 37.1, 44.3. Accordingly, this case is dismissed for want of jurisdiction.

JAIME TIJERINA
Justice

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
18th day of January, 2024.